# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID J. GLOMP & ELANA J. GLOMP　　　　　　Case Number: 05-70074
829 GRANDVIEW DRIVE　　　　　　SSN-xxx-xx-2519 & xxx-xx-8714
CRYSTAL LAKE, IL  60014

Case filed on: 1/10/2005
Plan Confirmed on: 3/18/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $30,845.00　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DANIEL K ROBIN LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | JP MORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID J. GLOMP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA% CHASE HOME | 2,532.84 | 2,532.84 | 2,242.32 | 325.62 |
| 002 | JP MORGAN CHASE BANK NA% CHASE HOME | 15,682.56 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 25,986.03 | 25,986.03 | 23,005.41 | 3,340.93 |
| 004 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 44,201.43 | 28,518.87 | 25,247.73 | 3,666.55 |
|  | Grand Total: | 44,201.43 | 28,518.87 | 25,247.73 | 3,666.55 |

Total Paid Claimant:　$28,914.28
Trustee Allowance:　$1,930.72
Percent Paid Unsecured:　0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008　　　　　　By  /s/Heather M. Fagan